# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2009

Rehearing Nos. 554 & 556

133466, 133468

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

UNITED STATES FIDELITY INSURANCE &
GUARANTY COMPANY,
      Plaintiff-Appellee,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
      Defendant-Appellant,
and

MICHAEL MIGDAL, Individually and as
Conservator for the Estate of DANIEL MIGDAL,
a Protected Person,
      Defendant.

SC: 133466
COA: 260604
Oakland CC: 2003-051485-CK

_____/

HARTFORD INSURANCE COMPANY OF THE
MIDWEST,
      Plaintiff-Appellee,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
      Defendant-Appellant.

SC: 133468
COA: 271199
Oakland CC: 2006-071933-CK

_____/

     In this case, motions for rehearing of this Court's December 29, 2008 opinion are considered and, on order of the Court, they are GRANTED. The case is hereby resubmitted for decision without further briefing or oral argument.

     CORRIGAN and YOUNG, JJ., would deny rehearing.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2009

0324

Clerk